## MURPHY v. THE STATE.

(Decided December 15th, 1914.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. S. E. GREENE.
No counsel marked for appellant. ROBERT C. BRICK-
ELL, Attorney General, for the State.
PELHAM, P. J.—Appeal dismissed.

## NEW YORK & MEXICAN WHITING CO v. MALONEY.

(Decided November 10th, 1914.)

APPEAL from Mobile Law and Equity Court.
Heard before Hon. SAFFOLD BERNEY.
No counsel marked for either party.
Per curiam. Appeal dismissed.

## O'REAR v. THE STATE.

(Decided November 10th, 1914.)

APPEAL from Cullman Circuit Court.
Heard before Hon. D. W. SPEAKE.
F. E. ST. JOHN and GEORGE H. PARKER, for appellant.
ROBERT C. BRICKELL, Attorney General, for the State.
Per curiam. Dismissed by consent of parties.

## PITTS v. THE STATE.

(Decided November 19th, 1915.)

APPEAL from Russell Circuit Court.
Heard before Hon. MIKE SOLLIE.
No counsel marked for appellant. ROBERT C. BRICK-
ELL, Attorney General, for the State.
Per curiam. Dismissed for want of prosecution.